**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **YAHYA KHAN BIN RASHID,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1397-KC** |
| | § | |
| **WARDEN EL PASO SERVICE** | § | |
| **PROCESSING CENTER, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>FINAL JUDGMENT</u>

On this day, the Court considered the case.  On May 20, 2026, the Court ordered Respondents to either (1) remove Yahya Khan Bin Rashid from the United States through lawful means, or (2) release him from custody under reasonable conditions of supervision.  May 20, 2026, Order, ECF No. 5.

Respondents now inform the Court that, on June 10, Bin Rashid was released from custody under an order of supervision.  Status Report, ECF No. 9; *see id.* Ex. A ("Supervision Order"), ECF No. 9-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; May 20, 2026, Order.

Accordingly, the Motion to Clarify, ECF No. 8, is **DENIED** as moot.  **<u>The Clerk shall close the case</u>**.

**SO ORDERED**.

**SIGNED this 11th day of June, 2026.**

_____
KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE